UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KENNETH D. BELL,**

    Plaintiff,

v.                                           Case No: 5:20-mc-10-JSM-PRL

**NATHANIEL WOODS,**

    Defendant.

### ORDER

This case is before the court for consideration of Plaintiff's motion to appoint a process server pursuant to Rule 4.1(a) of the Federal Rules of Civil Procedure. Plaintiff requests that the Court enter an Order appointing ABC Legal to serve the recently issued writs of garnishment on the garnishees. Plaintiff recites that the relief is requested due to the limited resources and time constraints of the U.S. Marshals Service.

Accordingly, upon due consideration, Plaintiff's motion (Doc. 8) is GRANTED, and ABC Legal is hereby appointed to serve the writs on the garnishees.

**DONE** and **ORDERED** in Ocala, Florida on August 13, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties