**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

KENNETH D. BELL,

    Plaintiff,

v.                                                             Case No: 5:20-mc-10-JSM-PRL

NATHANIEL WOODS,

    Defendant.

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 34), Defendant's Objection to the Report and Recommendation (Dkt. 35), Defendant's Amended Objection (Dkt. 39), and Defendant's Supplement (Dkt. 41).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Defendant's Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. 34) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendant/judgment debtor Nathaniel Woods's Motion to Dissolve the Writ of Garnishment (Dkt. 20) and Motion for Nonrecognition of Foreign Judgment and Motion to Quash the Writ of Garnishment (Dkt. 21) are denied.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of February, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record