UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENNETH D. BELL and
NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiffs,

v.                                                      Case No: 5:20-mc-10-JSM-PRL

NATHANIEL WOODS,

    Defendant.

## ORDER

This case is before the Court on the motion for substitution of party filed by Nationwide Judgment Recovery, Inc. (Doc. 56). Nationwide Judgment Recovery, Inc., respectfully requests that this Court substitute Nationwide Judgment Recovery, Inc. as the named Plaintiff in this matter in place of Matthew Orso, as Successor Trustee to Kenneth D. Bell, in his capacity as Court Appointed Receiver for Rex Venture Group, LLC. Defendant has not responded to the motion, and the time for responding has expired.

As the Court previously observed and has been established in the record, Nationwide Judgment Recovery, Inc. is the party in interest under Rule 25 (c) of the Federal Rules of Civil Procedure. (Doc. 34). It is well settled that substitution is committed to the discretion of the court. "Substitution under Rule 25(c) is purely a matter of convenience, and regardless of whether substitution is ordered, the respective substantive rights of the transferor or the transferee are not affected." *Barker v. Jackson Nat. Life Ins. Co.,* 163 F.R.D. 364, 365 (N.D. Fla. 1995).

- 2 -

Accordingly, the motion for substitution of party (Doc. 56) is **GRANTED**, and Nationwide Judgment Recovery, Inc. shall be substituted as the named Plaintiff in this matter in place of Matthew Orso, as Successor Trustee to Kenneth D. Bell, in his capacity as Court Appointed Receiver for Rex Venture Group, LLC. The Clerk is directed to take all steps necessary to effectuate the substitution of party on the docket.

**DONE** and **ORDERED** in Ocala, Florida on September 23, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties