UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**NATIONWIDE JUDGMENT RECOVERY, INC.,**

    **Plaintiff,**

v.                                          Case No: 5:20-mc-10-JSM-PRL

**NATHANIEL WOODS,**

    **Defendant.**

## ORDER

This matter is before the Court on the motions of Nationwide Judgment Recovery, Inc. ("Plaintiff") for issuance of writs of garnishment as to PNC Bank, N.A. and Truist Bank, N.A. (Docs. 77 & 78). On August 14, 2017, Plaintiff obtained a judgment in the United States District Court for the Western District of North Carolina against each member of a Defendant class, including Defendant Nathaniel Woods in the amount of $ $642,844.62.

Plaintiff registered the judgment with this Court. (Doc. 1). The judgment remains unsatisfied. Now, Plaintiff moves for the writs of garnishment and suggests that the Garnishees may have in their possession and control certain monies or property belonging to Defendant sufficient to satisfy the judgment in whole or in part. Pursuant to Fed. R. Civ. P. 69, the Court must follow state law regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Accordingly, upon due consideration, Plaintiff's motions for issuance of writs of garnishment (Docs. 77 & 78) are **GRANTED**, and the Clerk is directed to issue the Writs of

Garnishment (including the Notice and Claim of Exemption) attached to the motions. Plaintiff must fully comply with all notice requirements of §77.041, Florida Statutes.

    **DONE** and **ORDERED** in Ocala, Florida on May 3, 2024.

Copies furnished to:

Counsel of Record
Unrepresented Parties